# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| José Alberto Soto Briganti<br>Debtor<br><br>LPP Mortgage, Ltd.<br>Movant<br><br>José Alberto Soto Briganti<br>Respondent<br><br>Alejandro Oliveras Rivera<br>Respondent & Chapter 13 Trustee | Case No. 08-01121 (SEK)<br><br>Chapter 13 |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT**:

**NOW COMES MOVANT**, LPP Mortgage, Ltd., your moving party in the within Motion, through the undersigned legal representative and respectfully **STATES** and **PRAYS**:

1. In accordance with the terms of the Mortgage subject to this case, Movant hereby informs this Honorable Court that it sent the Annual Escrow Account Disclosure Statement Projections for the Coming Year ("Annual Escrow Account").

2. Movant submits said Annual Escrow Account for the consideration of all parties in as much as it may affect the debtor's disposable income.

**WHEREFORE**, Movant prays that this Honorable Court takes notice of the above and make any determinations it deems necessary.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I do hereby certify that this Informative Motion was filed electronically through the CM/ECF system which will send notification to the parties to their registered e-mail addressed and via certified United States Mail, postage fully pre-paid and addressed to: **Jefferson Capital Systems Llc** PO Box 953185 ST Louis, MO 63195-3185; **LPP Mortgage Ltd C/O Mgc Mtg, Inc**. 7195 Dallas Parkway Plano, TX 75024; **PRA RECEIVABLE MANAGEMENT LLC** POB 41067 Norfolk, VA 23541.

In Aguadilla for San Juan, Puerto Rico, this 29th day of April 2010.

**MARQUEZ & FERRARI, PSC**
P.O. Box 988
Aguadilla, Puerto Rico 00605
Tel.: 787-891-0566 / Fax.: 787-882-4704

**S/CARLA FERRARI LUGO**
USDC-PR-221804

MGC Mortgage, Inc.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS
COUNTY TAX $749.00
HAZARD INS $435.00

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR

ACCOUNT NUMBER: 1424051462
ESCROW ANALYSIS DATE: 02/10/2011

NEW PAYMENT IS AS FOLLOWS:
Principal and Interest $359.00
Required Escrow Payment $98.67
Shortage/Surplus Spread $1,043.65
Optional Coverages
Buydown or Assistance Payments
Other

JOSE SOTOBRIGANTY
110 CALLE PLAYITA S
CAYEY PR 00736-3804

| Total Payment | $1,501.32 |
| New Payment Effective Date: | 05/11/2011 |

MGC Mortgage, Inc. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 05/11 thru 04/12 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | | PROJECTED | REQUIRED |
| STARTING BAL. | | | | | | | $12010.34- | $513.49 |
| MAY | $98.67 | | | | | | $11911.67- | $612.16 |
| JUN | $98.67 | | | | | | $11813.00- | $710.83 |
| JUL | $98.67 | $374.50 | | | | | $12088.83- | $435.00 |
| AUG | $98.67 | | | | | | $11990.16- | $533.67 |
| SEP | $98.67 | | | $435.00 | | | $12326.49- | $197.34 * |
| OCT | $98.67 | | | | | | $12227.82- | $296.01 |
| NOV | $98.67 | | | | | | $12129.15- | $394.68 |
| DEC | $98.67 | | | | | | $12030.48- | $493.35 |
| JAN | $98.67 | $374.50 | | | | | $12306.31- | $217.52 |
| FEB | $98.67 | | | | | | $12207.64- | $316.19 |
| MAR | $98.67 | | | | | | $12108.97- | $414.86 |
| APR | $98.67 | | | | | | $12010.30- | $513.53 |

*Indicates your projected low point of $12326.49-. Your required reserve balance is $197.34. The difference between the projected low point and required reserve balance is $12523.83. This is your shortage.

If you have questions regarding this analysis, please write our Customer Service Department at MGC Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-877-471-7888, Monday through Friday 8:00 am to 5:00 pm, Central Time.

77068sb / N46

### ESCROW SHORTAGE REMITTANCE FORM

Name: JOSE SOTOBRIGANTY
Account Number: 1424051462      Escrow Shortage Amount: $12,523.83

Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

MGC Mortgage, Inc.
Attn: Cashiering Department/Escrow Shortages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Your new payment will then be: $457.67.

EFOFBM(NCP)3-10        142405146212523833

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

Account Number: 1424051462                                   Name: JOSE SOTOBRIGANTY

This is a statement of actual activity in your escrow account from 04/10 through 04/11. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $384.42 of which $359.00 was for principal and interest and $25.42 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. COMPARISON PROJECTED | ESCROW BAL. COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL. | | | | | | $0.00 | $848.66 |
| MAY | | $25.42* | | | | $0.00 | $874.08 |
| JUL | | $76.26* | | | | $0.00 | $950.34 |
| NOV | | | | $11787.84* | COUNTY TAX | $0.00 | $10837.50- |
| DEC | | | | $642.96* | COUNTY TAX | $0.00 | $11480.46- |
| JAN | | | | $374.50* | COUNTY TAX | $0.00 | $11854.96- |
| FEB | | $228.78* | | $435.00*Y | HOME INS | $0.00 | $12061.18- |
| MAR | | $25.42*Y | | | | $0.00 | $12035.76- |
| APR | | $25.42*Y | | | | $0.00 | $12010.34- |

OVER THIS PERIOD, AN ADDITIONAL     $.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.